■ BOARD OF EDUCATION OF BLOOMFIELD CENTRAL SCHOOL DISTRICT, Appellant, v R. L. PEDERSEN, INC., et al., Respondents. (Appeal No. 2.)—Order unanimously reversed on the law with costs, defendants' motion denied, and plaintiff's

application granted. Same Memorandum as in *Board of Educ. v Christa Constr.* ([appeal No. 1] 178 AD2d 989 [decided herewith]). (Appeal from Order of Supreme Court, Ontario County, Henry, Jr., J.—Stay Arbitration.) Present—Denman, P. J., Doerr, Green, Lawton and Davis, JJ.